UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:10-cr-00347 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY WELLS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | NANCY A. VECCHIARELLI |
| TIMOTHY B. ISRAEL, | ) | |
| | ) | |
| Defendant. | ) | REPORT AND RECOMMENDATION |

     Judith (Betsy) Campbell, Ph.D, Forensic Psychologist at Federal Medical Center (FMC) Lexington, Kentucky conducted a mental competency evaluation of defendant Timothy B. Israel pursuant to 18 U.S.C. § 4241.

     The Magistrate Judge held a Competency Hearing on March 29, 2011.  The parties stipulated to the evaluation prepared by Dr. Campbell and stipulated to the defendant's competency.  (Doc. 16.)  The Magistrate Judge reviewed the report and adopted its findings.  Mr. Israel revealed no functional impairments suggestive of a severe mental condition or significant cognitive impairment which would preclude his competency to stand trial or his ability to understand the proceedings against him and to assist in his defense.

     For the reasons set forth in the mental competency evaluation, and pursuant to the stipulation of the parties, the Magistrate Judge recommends a finding that Timothy

B. Israel is mentally competent to understand the nature and consequences of the proceeding against him and is able to assist in his defense. Mr. Israel is mentally competent to stand trial.

The defendant shall remain in the custody of the Attorney General.

Date: March 29, 2011
                                    s/ *Nancy A. Vecchiarelli*
                                    Nancy A. Vecchiarelli
                                    United States Magistrate Judge


**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. Failure to file objections within the specified time may waive the right to appeal the District Court's order. See *United States v. Walters, 638 F.2d 947 (6th Cir. 1981)*. See also *Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986)*.