IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------------  :
  UNITED STATES OF AMERICA                               :  CASE NO. 5: 10 CR 0347
                                                         :
                                    Plaintiff            :
                                                         :  ORDER ADOPTING REPORT AND
              -vs-                                       :  RECOMMENDATION FINDING
                                                         :  MENTAL COMPETENCY
                                                         :
  TIMOTHY B. ISRAEL,                                     :
                                                         :
                                    Defendant.           :
------------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

      Pursuant to referral, on 29 March 2011, Magistrate Judge Nancy A. Vecchiarelli issued a Report and Recommendation following a Competency Hearing for defendant Timothy Israel. (Doc. 20). The parties stipulated to the Competency Evaluation Report and to Mr. Israel's competency. The R&R advised finding Mr. Israel mentally competent to stand trial.

No party has objected to Magistrate Judge Vecchiarelli's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate Judge Vecchiarelli's recommendations, finds Mr. Israel mentally competent to stand trial.

IT IS SO ORDERED.

    /s/Lesley Wells
   UNITED STATES DISTRICT JUDGE

Date: 21 April 2011